\*\*E-Filed 9/27/2010\*\*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| TEVIS R. IGNACIO AKA JOHN JACOB JINGLEHEIMER SCHMIDT,<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICES, ET AL.,<br><br>Defendants. | Case Number 05:10-cv-03973 JF/PVT<br><br>ORDER[1] ADOPTING REPORT AND RECOMMENDATION TO DISMISS WITH LEAVE TO AMEND; DENYING WITHOUT PREJUDICE MOTIONS TO PROCEED *IN FORMA PAUPERIS*<br><br>[RE: Doc. No. 1, 2, 6] |

On September 3, 2010, Plaintiff Tevis R. Ignacio, also known as John Jacob Jingleheimer Schmidt, proceeding *pro se*, filed a complaint and an application to proceed *in forma pauperis*. On September 8, 2010, Magistrate Judge Patricia v. Trumbull filed a Report and Recommendation, which concluded that the action should be dismissed with leave to amend for failure to state a claim. While Plaintiff alleges "an abuse of power by the IRS" based on the penalty and interest charged for filing a frivolous tax return, Judge Trumbull correctly determined that he has not stated a claim on which relief may be granted.

On September 13, 2010, Plaintiff objected to the Report and Recommendation by alleging that Judge Trumbull was biased and "has been part of a cover-up in a criminal conspiracy in which the local divorce court fixes transcripts and cases [and] the local feds look the other way." Dkt. 7 at 1. The Plaintiff provides no factual support for these claims.

Pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72(b), and Civil

---

[1] This disposition is not designated for publication and may not be cited.

1  Local Rule 72-3, this Court concurs with and adopts in its entirety Judge Trumbull's Report and
2  Recommendation.  Accordingly, the Plaintiff's complaint will be dismissed with leave to amend
3  and the application for leave to proceed *in forma pauperis* will be denied without prejudice.  Any
4  amended complaint must be filed within thirty (30) days of the date of this order.

5  IT IS SO ORDERED.

6  DATED: 9/27/2010

7  _____
   JEREMY FOGEL
   United States District Judge

1 | Copies of Order served on:

2 | Tevis R. Ignacio
3 | 16535 Shady View Lane
Los Gatos, CA 95032

3

Case No. 05:10-cv-3973 JF/PVT
ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS WITH LEAVE TO AMEND, ETC.
(JFLC3)