1

2                                                          **E-Filed 11/16/2010**

3

4

5                        IN THE UNITED STATES DISTRICT COURT

6                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

7                                   SAN JOSE DIVISION

8

9    TEVIS R. IGNACIO AKA JOHN JACOB            Case Number 05:10-cv-03973 JF/PVT
     JINGLEHEIMER SCHMIDT,
                                                ORDER[1] DENYING MOTION FOR
10                  Plaintiff,                  LEAVE TO PROCEED ON APPEAL
                                                IN FORMA PAUPERIS
11         v.
                                                [RE: Doc. No. 15]
12   INTERNAL REVENUE SERVICES, ET AL.,

13                  Defendants.

14

15

16         On September 3, 2010, Plaintiff Tevis R. Ignacio, also known as John Jacob Jingleheimer

17   Schmidt, proceeding *pro se*, filed a complaint and an application to proceed *in forma pauperis*.

18   Adopting the recommendation of Magistrate Judge Patricia v. Trumbull, the Court denied the

19   application to proceed *in forma pauperis* without prejudice and dismissed the complaint with

20   leave to amend.  The Court concluded that, "[w]hile Plaintiff alleges 'an abuse of power by the

21   IRS' based on the penalty and interest charged for filing a frivolous tax return, Judge Trumbull

22   correctly determined that he has not stated a claim on which relief may be granted."  Doc. No.

23   10, Order of 9/27/2010.

24         On October 13, 2010, Plaintiff filed a notice of appeal.  On October 27, 2010, Plaintiff

     filed a motion for leave to proceed on appeal *in forma pauperis*.
25
           Plaintiff's motion is DENIED.  Plaintiff failed to pay the filing fee within the time
26
     provided, and his action was dismissed without prejudice on that basis.  Plaintiff presents no new
27

28         [1]      This disposition is not designated for publication in the official reports.

1  facts indicating that the dismissal was in error or that he could state a cognizable claim if the

2  action were reinstated.

3        Plaintiff is advised that he may seek *in forma pauperis* status in the Court of Appeals.

4

5

6  IT IS SO ORDERED.

7  DATED: 11/16/2010

8                                  JEREMY FOGEL
                                United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 05:10-cv-3973 JF/PVT
ORDER DENYING FOR LEAVE TO APPEAL IN FORMA PAUPERIS
(JFLC3)

1  Copies of Order served on:

2  Tevis R. Ignacio

3  16535 Shady View Lane
   Los Gatos, CA 95032

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. 05:10-cv-3973 JF/PVT
ORDER DENYING FOR LEAVE TO APPEAL IN FORMA PAUPERIS
(JFLC3)